# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0189. RICHARD S. BRYSON v. THE STATE.

In 2015, Richard S. Bryson pleaded guilty to aggravated child molestation and other crimes. In July 2023, Bryson filed a motion to vacate his conviction. The trial court dismissed the motion, and Bryson filed this appeal.[1] We lack jurisdiction.

A petition to vacate or set aside a conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the trial court's ruling on such a motion must be dismissed. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1), (2) (686 SE2d 786) (2009). Because Bryson is not authorized to collaterally attack his conviction in this manner, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/05/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] This is not Bryson's first appearance before this Court. See Case Nos. A22A1279 (Oct. 18, 2022); A21A1237 (Nov. 5, 2021); A19A0780 (Mar. 21, 2019)